United States Courts
Southern District of Texas
FILED
December 12, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| v. § | **CRIMINAL NO. 4:23-CR-553-S** |
| § § § | |
| **DARUIN ANELBY ROSARIO** § | |
| **Defendant** § § § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### (Possession of Stolen Mail)

On or about July 16, 2023 and continuing through October 25, 2023, in the Houston Division of the Southern District of Texas, Defendant

**DARUIN ANELBY ROSARIO**

Did steal, take, receive and unlawfully possess checks, letters, and other mail items, which had been stolen from the United States Mail, knowing that said items had been stolen.

In violation of 18 U.S.C. §1708.

### COUNT 2
### (Unlawful Possession of Postal Key)

On or about October 25, 2023, in the Houston Division of Southern District of Texas, Defendant

**DARUIN ANELBY ROSARIO**

did knowingly possess a key and a counterfeit and forged key adopted by the Postal Service and in use on a lock box, lock drawer and any other authorized receptacle for the deposit and delivery of mail matter, with the intent to use said key unlawfully and improperly.

In violation of Title 18, United States Code, Section 1704.

## COUNT 3
### (Convicted Felon in Possession of a Firearm)

On or about October 25, 2023, in the Houston Division of the Southern District of Texas, the defendant,

**DARUIN ANELBY ROSARIO**,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is,

a Glock, Model 26, 9-millimeter semi-automatic pistol with a 10 round magazine; and

a Glock, Model 19, 9-millimeter semi-automatic pistol with a 15 round magazine; and

twenty-three (23) rounds of 9-millimeter ammunition,

said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
### (Aggravated Identity Theft)

On or about June 5, 2023, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**DARUIN ANELBY ROSARIO**

did knowingly possess and use, without lawful authority, a means of identification of another person, namely the name, address, and bank account number of R.H., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(5), to wit, Bank Fraud in violation of

18 U.S.C § 1344, knowing that the means of identification belonged to another actual person, namely R.H.

In violation of Title 18 Unites States Code Section 1028A.

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Felon in Possession of a Weapon, as charged in Count Three, all firearms and ammunition involved in or used in a violation of Title 18, United States Code, Sections 922(g)(1) are subject to forfeiture, including but not limited to:

1. Glock, Model 26, 9-millimeter semi-automatic pistol bearing serial number BXAP372.
2. Glock, Model 19, 9-millimeter semi-automatic pistol bearing serial number BPWP875.
3. All ammunition discovered in defendant's possession on June 5, 2023.
4. White Apple iPhone bearing serial number FD9NN2FK76.

TRUE BILL:

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

By: _/s/ LB_____
Luis Batarse
Assistant United States Attorneys