UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| v. | § | Criminal Action H-23-553 |
| | § | |
| Daruin Anelby Rosario | § | |
| | § | |
| | § | |
| | § | |

## **MOTION TO DISMISS**

The United States moves to dismiss Count 3s of the superseding indictment.

Respectfully submitted,
ALAMDAR S. HAMDANI
United States Attorney

By:     */s Luis Batarse*
        Luis Batarse
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

On July 3, 2024, I electronically filed the foregoing via ECF.

*/s/ Luis Batarse*
Luis Batarse
Assistant United States Attorney